

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MOSTAFA ARAM AZADPOUR, | | No. 08-11-00309-CR |
|  | § | |
| Appellant, | | Appeal from |
|  | § | |
| v. | | County Criminal Court No. 8 |
|  | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
|  | § | |
| Appellee. | | (TC # 1210111) |
|  | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating